AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED

★ JAN 07 2015 ★

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. MJ-15-2-AKT |
| EDWARD M. WALSH, JR. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward M. Walsh, Jr.

Date: 01/07/2015

_____
*Attorney's signature*

William D. Wexler
*Printed name and bar number*

816 Deer Park Ave
N. Babylon, NY 11703
*Address*

Wexlaw@optonline.net
*E-mail address*

631-422-2900
*Telephone number*

631-422-0987
*FAX number*