# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. MJ-15-2-AKT |
| EDWARD M. WALSH, JR. | ) | |
| *Defendant* | ) | |

F I L E D
IN CLERK'S OFFICE
U.S. D'S... ....... ... D N.Y.

★  JAN 07 2015  ★

LONG IS..... ... ...

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward M. Walsh, Jr.

Date:  01/07/2015

*Attorney's signature*

LEONARD LATO, 2090538
*Printed name and bar number*

35 Arkay Dr, Ste 200,
*Address*      Hauppauge, NY 11788

leonardlato@yahoo.com
*E-mail address*

(631) 655-5008
*Telephone number*

(631) 300-4380
*FAX number*