# CRIMINAL CAUSE FOR ARRAIGNMENT/INITIAL APPEARANCE

**BEFORE:** A. Kathleen Tomlinson, U.S.M.J.  **DATE:** 1-7-2015  **TIME:** 12:24 p.m. (14 minutes)

**DOCKET #:** MJ-15-2-AKT  **CAPTION:** USA v. Walsh

**DEFENDANT:** EDWARD M. WALSH, JR.  **COUNSEL:** William Wexler, Leonard Lato
X Present ___Not Present ___In custody ___Bail  ___CJA  X Retained ___Federal Defenders
X Self Surrender

**A.U.S.A.:** Raymond Tierney, Catherine Mirabile  **INTERPRETER:** N/A (sworn/affirms)
**LANGUAGE:** _____

**COURT REPORTER:** N/A  **PRETRIAL REPORT PREPARED BY:** Donna Mackey
X present ___not present

**FTR:** 12:24-12:38  **COURTROOM DEPUTY:** Mary Ryan

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ JAN 07 2015 ★
LONG ISLAND OFFICE

_X_ Defendant(s) arraigned on the Complaint.

_X_ Defendant(s) initial appearance.

_X_ Waiver of Speedy Indictment executed:  **Time excluded from 1-7-2015 to 3-6-2015.**

____ Preliminary Hearing Scheduled for: _____ At _____ before _____

_X_ Preliminary Hearing Waived. Waiver executed.

_X_ Order Setting Conditions of Release and Bond entered for defendant(s). Special conditions apply. See bond for details.

____ Temporary Order of Detention entered for defendant (s): _____

____ Detention Hearing scheduled for: _____ at _____ **before Magistrate Judge A. Kathleen Tomlinson.**

____ Permanent Order of Detention entered for defendant.

____ Status Conference set for: _____

____ Defendant(s) _____ continued on Bond.

____ Defendant remains in custody.

_X_ Defendant released on bond.

**OTHER:**