# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

FILED
JAN 07 2015
LONG ISLAND OFFICE

United States of America

v.

**EDWARD M. WALSH, JR.**
*Defendant*

Case No. MJ-15-2-AKT

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: Jan 7, 2015

*Defendant's signature*

*Signature of defendant's attorney*

William Wexler
*Printed name and bar number of defendant's attorney*

816 Deer Park Ave, N. Babylon NY 11703
*Address of defendant's attorney*

Wexlawc@optonline.net
*E-mail address of defendant's attorney*

631-422-2900
*Telephone number of defendant's attorney*

631-422-0987
*FAX number of defendant's attorney*